IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLARENCE M. WILLIS,

    Plaintiff,                    No. CIV S-06-0242 MCE JFM PS

    vs.

JAMES TINGEY,

    Defendant.               ORDER

_____/

        Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On July 3, 2006, plaintiff filed a motion for court-ordered discovery.[1] However, on May 5, 2006, this court recommended that defendant's motion to dismiss be granted and this action be dismissed. Plaintiff has filed objections to the findings and recommendations and the matter is pending before the district court.

/////

---

[1] Generally, court permission is not necessary for discovery requests and neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue.

1

In light of this court's findings and recommendations, plaintiff's motion for discovery will be denied without prejudice to its renewal, if appropriate, upon the issuance of an order from the district court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's July 3, 2006 motion is denied without prejudice; and

2. The August 3, 2006 hearing, set for 11:00 a.m. before the undersigned, is vacated.

DATED: July 26, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; willis.dsc

2