```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  CLARENCE M. WILLIS,                 No. 06-cv-0242-MCE-JFM-PS
12            Plaintiff,
13       v.                             ORDER
14  JAMES TINGEY,
15            Defendant.
                                   /
16
17       Plaintiff, proceeding pro se, filed the above-entitled
18  action.  The matter was referred to a United States Magistrate
19  Judge pursuant to Local Rule 72-302(c)(21).
20       On May 5, 2006, the magistrate judge filed Findings and
21  Recommendations herein which were served on all parties and which
22  contained notice to all parties that any objections to the
23  Findings and Recommendations were to be filed within ten (10)
24  days.  Plaintiff has filed Objections to the Findings and
25  Recommendations.
26  ///
```

1        In accordance with the provisions of 28 U.S.C.
2   § 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a
3   de novo review of this case.  Having carefully reviewed the
4   entire file, the Court finds the Findings and Recommendations to
5   be supported by the record and by proper analysis.
6        Accordingly, IT IS HEREBY ORDERED that:
7        1.  The Findings and Recommendations filed May 5, 2006, are
8   adopted in full;
9        2.  Defendant's February 28, 2006 Motion to Dismiss is
10  granted.
11  DATED: August 8, 2006

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

2